

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2014

No. 04-14-00739-CV

**IN THE INTEREST OF L.M.D.M.**, a child,

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13426
Honorable Robert R. Barton, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on December 16, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2014.

_____
Keith E. Hottle
Clerk of Court